LISA C. HAMASAKI, CA Bar No. 197628
lisa.hamasaki@ogletree.com
ANDREW M. MASSARA, CA Bar No. 282913
andrew.massara@ogletree.com
KEVIN HA, CA Bar No. 322252
kevin.ha@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415-442-4810
Facsimile: 415-442-4870

Attorneys for Defendants
UNITED PARCEL SERVICE, INC. and
DEBRA WALTON

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RICHARDS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; DEBRA WALTON, an individual,<br><br>　　　　Defendants. | Case No. 2:20-cv-2759-JFW-MAAx<br><br>Assigned to Hon. John F. Walter<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL**<br><br>Complaint Filed: February 19, 2020<br>Trial Date:　　None Set |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. The Clerk is directed to close the file.

DATED: November 5, 2020

_____
Honorable John F. Walter
United States District Judge